470 A.2d 1036

Greenaway v. Greenaway, Appellant.

Submitted November 7, 1983. John D. Flinchbaugh, for appellant; Mark David Frankel, for appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned York County Common Pleas Court Judge Emanuel A. Cassimatis is affirmed.

470 A.2d 1036

Kaye v. Abcon, Inc., Appellant.
Petition for Allowance of Appeal
Denied May 8, 1984.

Argued October 18, 1983. Richard P. McBride, for appellant; Russell D. Henkin, for appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Affirmed.